# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00233-CV

**Michael J. Ritter, Appellant**

**v.**

**Greg Abbott, Attorney General of The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-13-003444, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss his appeal, stating that the parties have settled their dispute. We grant the motion and, pursuant to appellant's express request, we dismiss the appeal with prejudice to refiling the underlying lawsuit. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Appellant's Motion

Filed:   July 24, 2014